United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MELISSA ANN RIDER, | § | |
| | § | CIVIL ACTION NO. 2:26-CV-00067 |
| Appellant. | § | |
| | § | |
| | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 15). The M&R recommends the Court dismiss this appeal without prejudice for failure to prosecute. *Id.* at 4. Appellant filed written objections. (D.E. 19).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). A party must point out with particularity any alleged errors in the magistrate judge's analysis. *Pelko v. Perales*, No. 23-CV-00339, 2024 WL 1972896, at *1 (S.D. Tex. May 3, 2024) (Ramos, J.). Objections that merely re-urge arguments contained in the original briefing are not proper and will not be considered. *Edmond v. Collins*, 8 F.3d 290, 293 n.7 (5th Cir. 1993). Moreover, "[f]rivolous, conclusive or general objections need not be considered by the district court." *Battle v. U.S. Parole Comm'n*, 842 F.2d 419, 421 (5th Cir. 1987) (citation and internal quotation marks omitted). As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

This case originated as a bankruptcy petition in the Southern District of Texas under case number 2:26-bk-20009. After the bankruptcy court dismissed her petition, Appellant filed a notice

of appeal to this Court on March 10, 2026. (D.E. 1). Appellant then filed another bankruptcy petition in the Eastern District of Texas under case number 4:26-bk-40992, which is still ongoing. Appellant indicated she is uncertain "which appeal should be prosecuted to conclusion," and she sought the Court's advice on where to proceed. (D.E. 9, p. 2).

As the M&R correctly notes, the Court is not Appellant's lawyer and cannot give her legal advice. Furthermore, although Appellant now objects to the M&R and requests a definite period of time to cure deficiencies, the Court finds that Appellant has had ample opportunity to comply with the Court's prior orders, yet has failed to do so. Accordingly, the Court **OVERRULES** Appellant's objections, (D.E. 19), and **ADOPTS** the findings and recommendations of the M&R, (D.E. 15). The Court therefore **DISMISSES** this appeal without prejudice.

The Court will enter final judgment separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 2nd, 2026